**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Pechoka Laverne SANDERS,
Defendant–Appellant.**

No. 07–10717
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Sept. 24, 2007.

Colin Alexander McRae, Hunter Maclean, Savannah, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before ANDERSON, WILSON and PRYOR, Circuit Judges.

PER CURIAM:

Colin A. McRae, counsel for Pechoka Laverne Sanders, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Sanders's revocation of supervised release and sentence are **AFFIRMED.**